# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED 18-cv-02382 VAP (SHKx) | Date | 2/4/2019 |
| Title | *Salvador Guerra, et al v. United Natural Foods, Inc., et al* | | |

Present: The Honorable  VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jill Jessica Parker | John S. Battenfeld |

**Proceedings:** PLAINTIFF'S MOTION TO REMAND; [DOC NO. 16]
DEFENDANT'S MOTION TO DISMISS AND OR STRIKE FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, TO TRANSFER OR STAY ACTION PURSUANT TO THE FIRST-TO-FILE RULE; [DOC NO. 25]

Matter called. Counsel for the parties are present as referenced above. Court Issue's tentative ruling and invites oral argument of Counsel. The Court having heard from counsel, takes the matter under submission. Court will issue final ruling.

**IT IS SO ORDERED.**

Page 1 of 1    CIVIL MINUTES – GENERAL    ____ : _19_
Initials of Deputy Clerk: bh